## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01954-MSK-KMT

**NICK MOLINA**,

      Plaintiff,

      v.

**FORD MOTOR COMPANY**,

      Defendant.

---

### DEFENDANT FORD MOTOR COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

---

Defendant Ford Motor Company ("Ford"), by and through its counsel, Baker & Hostetler, LLP, hereby answers Plaintiff's Complaint.

### INTRODUCTION

1.      Ford denies the allegations contained in paragraph 1 of the Complaint which relate to Plaintiff's purchase of the subject vehicle, as it lacks sufficient knowledge to form a belief as to the truth of the allegations because it was not a party to the sales transactions.  Ford denies all remaining allegations contained in paragraph 1 of the complaint.

### JURISDICTION

2.      Ford denies the allegations in paragraph 2 of the Complaint.

3.      Ford denies the allegations contained in paragraph 3 of the Complaint.

4.      Ford denies the allegations contained in paragraph 4 of the Complaint.

5.      Ford denies the allegations contained in paragraph 5 of the Complaint.

## PARTIES

6.      Ford denies the allegations contained in paragraph 6 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

7.      Ford admits the allegations contained in paragraph 7 of the Complaint.

8.      Ford states that 15 U.S.C § 2031(4) speaks for itself.

9.      Ford denies the allegations contained in paragraph 9 of the Complaint.

## FACTS

10.     Ford denies the allegations contained in paragraph 10 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

11.     Ford denies the allegations contained in paragraph 11 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

12.     Ford denies the allegations contained in paragraph 12 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

13.     Ford only admits that it extends a New Vehicle Limited Warranty to purchasers of new Ford vehicles and that such warranty states that its authorized dealers will repair, replace or adjust various parts and components that are found to be defective in factory supplied materials and workmanship for 36 months or 36,000 miles, whichever occurs first.  Ford denies the remaining allegations contained in paragraph 13 of the Complaint

14.     Ford denies the allegations contained in paragraph 14 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations because it was not a party to the sales transaction.

4835-2674-8018.1

15.       Ford only admits that it extends a New Vehicle Limited Warranty to purchasers of new Ford vehicles and that such warranty states that its authorized dealers will repair, replace or adjust various parts and components that are found to be defective in factory supplied materials and workmanship for 36 months or 36,000 miles, whichever occurs first.  Ford denies the remaining allegations contained in paragraph 15 of the Complaint

16.       Ford only admits that it extends a New Vehicle Limited Warranty to purchasers of new Ford vehicles and that such warranty states that its authorized dealers will repair, replace or adjust various parts and components that are found to be defective in factory supplied materials and workmanship for 36 months or 36,000 miles, whichever occurs first.  Ford denies the remaining allegations contained in paragraph 16 of the Complaint

17.       Ford denies the allegations contained in paragraph 17 of the Complaint.

18.       Ford denies the allegations contained in paragraph 18 of the Complaint.

19.       Ford denies the allegations contained in paragraph 19 of the Complaint.

20.       Ford denies the allegations contained in paragraph 20 of the Complaint.

21.       Ford denies the allegations contained in paragraph 21 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

22.       Ford denies the allegations contained in paragraph 22 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

23.       Ford denies the allegations contained in paragraph 23 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

24.       Ford denies the allegations contained in paragraph 24 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

4835-2674-8018.1

25.    Ford denies the allegations contained in paragraph 25 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

26.    Ford denies the allegations contained in paragraph 26 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

27.    Ford denies the allegations contained in paragraph 27 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

28.    Ford denies the allegations contained in paragraph 28 of the Complaint.

29.    Ford states the Colo. Rev. Stat. § 42-10-103(2)(a)(II) speaks for itself.

30.    Ford denies the allegations contained in paragraph 30 of the Complaint.

31.    Ford denies the allegations contained in paragraph 31 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

32.    Ford admits the allegations contained in paragraph 32 of the Complaint.

33.    Ford admits the allegations contained in paragraph 33 of the Complaint.

## COUNT I
### (Breach of the Magnuson Moss Warranty Act, 15 U.S.C § 2301 et seq.)

34.    For its answer to paragraph 34 of the Complaint, Ford incorporates by reference its responses to the allegations set forth in paragraphs 1 through 33 of the Complaint as if fully rewritten herein.

35.    Ford states that 15 U.S.C § 2301(1) speaks for itself.

36.    Ford denies the allegations contained in paragraph 36 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

37.    Ford denies the allegations contained in paragraph 37 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

38.    Ford states that 15 U.S.C § 2301(3) speaks for itself.

4835-2674-8018.1

39.     Ford denies the allegations contained in paragraph 39 of the Complaint as it lacks sufficient knowledge to form a belief as to the truth of the allegations.

40.     Ford states that 15 U.S.C §§ 2301(6)(A-B) speaks for itself.

41.     Ford denies the allegations contained in paragraph 41 of the Complaint.

42.     Ford only admits that it extends a New Vehicle Limited Warranty to purchasers of new Ford vehicles and that such warranty states that its authorized dealers will repair, replace or adjust various parts and components that are found to be defective in factory supplied materials and workmanship for 36 months or 36,000 miles, whichever occurs first.  Ford denies the remaining allegations contained in paragraph 42 of the Complaint.

43.     Ford only admits that it extends a New Vehicle Limited Warranty to purchasers of new Ford vehicles and that such warranty states that its authorized dealers will repair, replace or adjust various parts and components that are found to be defective in factory supplied materials and workmanship for 36 months or 36,000 miles, whichever occurs first.  Ford denies the remaining allegations contained in paragraph 43 of the Complaint.

44.     Ford denies the allegations contained in paragraph 44 of the Complaint.

45.     Ford denies the allegations contained in paragraph 45 of the Complaint.

46.     Ford denies the allegations contained in paragraph 46 of the Complaint.

47.     Ford denies the allegations contained in paragraph 47 of the Complaint.

## COUNT II
### (Declaratory Action)

48.     For its answer to paragraph 48 of the Complaint, Ford incorporates by reference its responses to the allegations set forth in paragraphs 1 through 47 of the Complaint as if fully rewritten herein.

49.     Ford states that 15 U.S.C. § 2310(a)(1) speaks for itself.

4835-2674-8018.1

50.     Ford denies the allegations contained in paragraph 50 of the Complaint as it lacks

sufficient knowledge to form a belief as to the truth of the allegations.

51.     Ford states that 15 U.S.C §§ 2310 (a)(2-3) speaks for itself.

52.     Ford denies the allegations contained in paragraph 52 of the Complaint.

53.     Ford states that 16 C.F.R. § 703.2 speaks for itself.

54.     Ford states that 16 C.F.R. §§ 703.2(c)(3-5) speaks for itself.

55.     Ford denies the allegations contained in paragraph 55 of the Complaint.

56.     Ford denies the allegations contained in paragraph 56 of the Complaint.

57.     Ford denies the allegations contained in paragraph 57 of the Complaint.

58.     Ford denies the allegations contained in paragraph 58 of the Complaint.

59.     Ford denies the allegations contained in paragraph 59 of the Complaint.

60.     Ford denies the allegations contained in paragraph 60 of the Complaint.

<u>COUNT III</u>
**(Breach of Express Warranties and the Implied Warranty of Merchantability, Colo.
Rev. Stat. § 4-2-101 et seq.)**

61.     For its answer to paragraph 61 of the Complaint, Ford incorporates by reference its

responses to the allegations set forth in paragraphs 1 through 60 of the Complaint as if fully

rewritten herein.

62.     Ford states the Colo. Rev. Stat. § 4-2-314(1) speaks for itself.

63.     Ford states the Colo. Rev. Stat. § 4-2-314(2) speaks for itself.

64.     Ford denies the allegations contained in paragraph 64 of the Complaint.

65.     Ford denies the allegations contained in paragraph 65 of the Complaint.

66.     Ford only admits that it extends a New Vehicle Limited Warranty to purchasers of new

Ford vehicles and that such warranty states that its authorized dealers will repair, replace or

4835-2674-8018.1

adjust various parts and components that are found to be defective in factory supplied materials and workmanship for 36 months or 36,000 miles, whichever occurs first.  Ford denies the remaining allegations contained in paragraph 66 of the Complaint.

67.     Ford denies the allegations contained in paragraph 67 of the Complaint.

68.     Ford denies the allegations contained in paragraph 68 of the Complaint.

69.     Ford denies the allegations contained in paragraph 69 of the Complaint.

70.     Ford denies the allegations contained in paragraph 70 of the Complaint.

71.     Ford states that Colo. Rev. Stat. § 4-2-313(1)(a) speaks for itself.

72.     Ford only admits that it extends a New Vehicle Limited Warranty to purchasers of new Ford vehicles and that such warranty states that its authorized dealers will repair, replace or adjust various parts and components that are found to be defective in factory supplied materials and workmanship for 36 months or 36,000 miles, whichever occurs first.  Ford denies the remaining allegations contained in paragraph 72 of the Complaint.

73.     Ford denies the allegations contained in paragraph 73 of the Complaint.

74.     Ford denies the allegations contained in paragraph 74 of the Complaint.

75.     Ford denies the allegations contained in paragraph 75 of the Complaint.

76.     Ford denies any and all allegations not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1.     Plaintiff failed to state a claim upon which relief can be granted against Ford.

2.     Plaintiff's claims may not be covered under warranty because the applicable warranty contains exclusions and limitations on liability and remedies that apply to the alleged defects and/or non-conformities.

3.     Ford has not knowingly or intentionally waived any applicable affirmative defense or

4835-2674-8018.1

avoidance.  If it appears that any affirmative defense or avoidance is or may be applicable after Ford has had the opportunity to conduct discovery in this matter, Ford will seek leave of Court to assert such affirmative defense or avoidance.

Wherefore, having fully defended, Defendant Ford Motor Company prays that:

A.      Plaintiff's Complaint be dismissed with prejudice and that Plaintiff takes nothing thereby;

B.      Ford be awarded its costs and reasonable attorneys' fees incurred in connection with the defense of this action; and

C.      Ford be awarded such other and further relief as the Court deems just and proper.

Respectfully submitted this 14th day of September, 2018.

Respectfully submitted,

BAKER & HOSTETLER LLP
*Duly signed original on file at the offices of*
*Baker & Hostetler LLP*

*/s/ Sammantha J. Tillotson*
Casie D. Collignon (35160)
ccollignon@bakerlaw.com
Sammantha J. Tillotson (50267)
stillotson@bakerlaw.com

Attorneys for Defendant Ford Motor Company

4835-2674-8018.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was filed and served via ECF this 14th day of September, 2018, to the following counsel of record:

Daniel J. Verda, Esq.
Katherine Russell, Esq.
Vedra Law, LLC
1435 Larimer St.
Suite 302
Denver, Colorado 80202

*Attorneys for Plaintiff*

/s/ Carolyn K. Bahr
Carolyn K. Bahr

4835-2674-8018.1