**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01954-MSK-KMT

**NICK MOLINA**,

    Plaintiff,

v.

**FORD MOTOR COMPANY**,

    Defendant.

---

**{PROPOSED} ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION TO EXTEND DEADLINES**

---

The Court having reviewed the parties' Joint Stipulated Motion to Extend Deadlines and being fully advised, this Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's deadline to respond to Defendant's Motion for Partial Summary Judgment [Doc. 28] is extended up to and including August 8, 2019, and Defendant's deadline to respond to Plaintiff's Motion for Partial Summary Judgment [Doc. 30] is extended up to and including August 12, 2019.

DONE AND ORDERED this _____ day of _____, 2019

_____
Honorable Marcia S. Krieger
United States District Court Judge