UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01954-MSK-KMT

**NICK MOLINA**,

   Plaintiff,

v.

**FORD MOTOR COMPANY**,

   Defendant.

**DEFENDANT FORD MOTOR COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO EXTEND DEADLINE TO FILE MOTION TO PRESERVE CONFIDENTIALITY DESIGNATIONS**

Defendant Ford Motor Company ("Ford"), by and through its counsel, Baker & Hostetler, LLP, hereby respectfully files this Reply in support of its Motion to Extend Deadline to File Motion to Preserve Confidentiality Designations.

1. On September 12, 2019, Ford filed its then-opposed Motion to Extend Deadline to File Motion to Preserve Confidentiality Designations (the "Motion"). [Doc. 41]

2. On September 13, 2019, the Court entered a Minute Order extending Ford's deadline to file its motion to preserve confidentiality designations from September 16, 2019, to November 12, 2019, and ordering that Plaintiff file a response and Ford file a reply to the Motion. [Doc. 43]

3. On September 16, 2019, Plaintiff filed his Response to the Motion, indicating that "[i]n light of the Court's September 13, 2019, Minute Order, Plaintiff withdraws any opposition to the relief sought" in the Motion. [Doc. 44]

4. In light of Plaintiff's withdrawal of his opposition to the Motion, and without any substantive argument in opposition, Ford hereby incorporates the facts and argument in its Motion [Doc. 41] to this Reply and respectfully requests that the Court grant its Motion to extend its now-reset November 12, 2019 deadline to file its motion to maintain the confidentiality designations of all Designated Confidential Material until 21 days after the Court issues rulings on the parties' pending dispositive motions.

5. Ford further notifies the Court that all ordered briefing with respect to Ford's Motion has now been completed.

Dated: September 20, 2019

Respectfully submitted,

BAKER & HOSTETLER LLP

By:  /s/ Sammantha J. Tillotson
Casie D. Collignon
ccollignon@bakerlaw.com
Sammantha J. Tillotson
stillotson@bakerlaw.com
1801 California Street
Suite 4400
Denver, CO  80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

Attorneys for FORD MOTOR COMPANY

Pursuant to D.C.Colo.L.CivR 6.1(c), a copy of this Motion is being served via email on Defendant Ford Motor Company.

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was filed and served via ECF this 20th day of September, 2019, to the following counsel of record:

Daniel J. Vedra Esq.
Vedra Law, LLC
1435 Larimer St.
Suite 302
Denver, Colorado 80202

*Attorney for Plaintiff*

                                      /s/ *Carolyn Bahr*
                                      Carolyn Bahr