**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01954-MSK-KMT

**NICK MOLINA**,

    Plaintiff,

    v.

**FORD MOTOR COMPANY**,

    Defendant.

**NOTICE OF SETTLEMENT AND FORTHCOMING PROPOSED BRIEFING
SCHEDULE ON ATTORNEYS' FEES AND COSTS ISSUE**

Pursuant to D.C.COLO.LCivR 40.2(b), Plaintiff Nick Molina ("Plaintiff") and Defendant Ford Motor Company ("Ford") (collectively the "Parties"), through undersigned counsel, hereby respectfully notify the Court that Plaintiff and Defendant have reached a settlement in principle with respect to all claims and all issues asserted in this case. As part of the settlement, the Parties have agreed to brief the issue of attorneys' fees and costs to the Court for ruling. The Parties shall submit a proposed attorneys' fees and costs briefing schedule to the Court on or before June 19, 2020.

2

Respectfully submitted this 9th day of June, 2020.

BAKER & HOSTETLER LLP
*Duly signed original on file at the offices of*
*Baker & Hostetler LLP*                    Vedra Law, LLC


*/s/ Sammantha J. Tillotson*                    */s/ Daniel J. Vedra*

Casie D. Collignon (35160)                    Daniel J. Vedra Esq.
ccollignon@bakerlaw.com                    dan@vedralaw.com
Sammantha J. Tillotson (50267)            Vedra Law, LLC
stillotson@bakerlaw.com                    1444 Blake Street
Baker & Hostetler LLP                        Denver, Colorado 80202
1801 California Street, Suite 4400            PH:303-937-6540
Denver, CO 80202                            *Counsel for Plaintiff*
PH: 303-861-0600
Fax: 303-861-7805
*Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

This is to certify that on June 9, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this action.

/s/ Layonna Cruz