## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01954-MSK-KMT

**NICK MOLINA**,

Plaintiff,

v.

**FORD MOTOR COMPANY**,

Defendant.

---

## JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE ON ATTORNEYS' FEES AND COSTS ISSUE

---

On June 9, 2020, Plaintiff Nick Molina ("Plaintiff") and Defendant Ford Motor Company ("Ford") (collectively the "Parties"), through undersigned counsel, respectfully notified the Court that Plaintiff and Defendant have reached a settlement in principle with respect to all claims and all issues asserted in this case and that, as part of the settlement, the Parties have agreed to brief the issue of attorneys' fees and costs to the Court for ruling. Since filing of the Notice of Settlement, the Parties have continued to work to finalize their settlement agreement.

In the Notice of Settlement, the Parties indicated that they would submit a proposed attorneys' fees and costs briefing schedule to the Court on or before June 19, 2020.  The Parties propose the following briefing schedule be entered:

1. Plaintiff's Motion for Attorney's Fees and Costs: July 17, 2020
2. Ford's Response to Plaintiff's Motion for Attorney's Fees and Costs: August 14, 2020
3. Plaintiff's Reply in Support of Motion for Attorney's Fees and Costs: August 28, 2020

A proposed order reflecting this proposed briefing schedule has been filed contemporaneously herewith.

WHEREFORE, the Parties request that the Court enter the aforementioned attorneys' fees and costs briefing schedule.

Respectfully submitted this 19th day of June, 2020.

BAKER & HOSTETLER LLP
*Duly signed original on file at the offices of*
*Baker & Hostetler LLP*                                   Vedra Law, LLC


*/s/ Sammantha J. Tillotson*                              */s/ Daniel J. Vedra*

Casie D. Collignon (35160)                               Daniel J. Vedra Esq.
ccollignon@bakerlaw.com                                  dan@vedralaw.com
Sammantha J. Tillotson (50267)                           Vedra Law, LLC
stillotson@bakerlaw.com                                  1444 Blake Street
Baker & Hostetler LLP                                    Denver, Colorado 80202
1801 California Street, Suite 4400                        PH:303-937-6540
Denver, CO 80202                                         *Counsel for Plaintiff*
PH: 303-861-0600
Fax: 303-861-7805
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  This is to certify that on June 19, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this action.

              */s/ Sammantha J. Tillotson*