# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-1954-MSK-KMT

NICK MOLINA, an individual,

        Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation,

        Defendant.

## **UNOPPOSED** MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiff Nick Molina, by and through his undersigned counsel, respectfully requests that the Court modify the briefing schedule on attorney fees and costs. As grounds therefor, Plaintiff states as follows.

### CERTIFICATE OF CONFERRAL

Plaintiff's counsel has conferred with counsel for Ford Motor Company, who does not oppose this motion.

1. On February 28, 2020, this Court granted Plaintiff's motion for summary judgment, which sought judgment as to liability only. The Court further ordered the parties to confer regarding a stipulated judgment amount or whether a trial on damages would be necessary. The parties have resolved the issues on damages. On June 19, 2020, the Court entered an order setting the briefing schedule for the issue of attorney fees and costs. Following an unopposed motion by Plaintiff, the Court modified the briefing schedule to extend the briefing schedule two weeks on each brief.

2. The parties have exchanged offers to resolve attorney fees and costs, and

attempting to resolve this issue without incurring the additional time and expense of motions practice. Currently, the briefing schedule for attorney fees and costs is as follows:

- Plaintiff's Motion for Attorney's Fees and Costs: July 31, 2020
- Defendant's Response to Plaintiff's Motion for Attorney's Fees and Costs: August 28, 2020
- Plaintiff's Reply in Support of Motion for Attorney's Fees and Costs: September 11, 2020

    3.    The parties would like to extend this schedule by one week so that they may continue settlement negotiations, as follows:

- Plaintiff's Motion for Attorney's Fees and Costs: August 7, 2020
- Defendant's Response to Plaintiff's Motion for Attorney's Fees and Costs: September 4, 2020
- Plaintiff's Reply in Support of Motion for Attorney's Fees and Costs: September 18, 2020.

WHEREFORE, Plaintiff respectfully requests the Court modify the briefing schedule as set forth above.

DATED July 17, 2020

    /s/ Daniel J. Vedra
Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547

Email: dan@vedralaw.com
**Counsel for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, the foregoing was served via CM/ECF on all parties who have entered their appearances in this matter.

/s/ Daniel J. Vedra  
Daniel J. Vedra