UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01954-MSK-KMT

**NICK MOLINA**,

    Plaintiff,

    v.

**FORD MOTOR COMPANY**,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Ford Motor Company ("Defendant"), through counsel, respectfully requests an Order pursuant to F.R.C.P. Rule 6(b) and Local Rule 6.1 enlarging the time for Defendants to respond to Plaintiffs' Motion for Attorney's Fees and Costs. Good cause exists for granting this Motion as lead trial counsel's mother suddenly passed away and she is out on emergency leave. Undersigned is aware of this Court's Order, dated August 3, 2020, stating that no further extensions would be granted, but given the circumstances underlying this request, undersigned believes that this extension request is warranted and in good faith.

### Certificate of Conferral Pursuant to Local Rule 7.1(a)

Undersigned counsel emailed opposing counsel requesting a two-week extension of time, to and until September 16, 2020, to respond to Plaintiffs' Motion for Attorney's Fees and Costs. Undersigned counsel specifically explained that Lead counsel has had a death in the family and we require additional time to respond to the Motion while she is out on leave. Opposing counsel stated they would not oppose an extension of time through September 16, 2020.

For these reasons, the Defendant respectfully requests that the deadline for the Defendant to respond to Plaintiffs' Motion for Attorney's Fees and Costs be extended up to and including September 16, 2020.

Respectfully submitted this 2nd day of September, 2020.

BAKER & HOSTETLER LLP
*Duly signed original on file at the offices of Baker & Hostetler LLP*

*/s/ Casie D. Collignon*
Casie D. Collignon (35160)
ccollignon@bakerlaw.com
Sammantha J. Tillotson (50267)
stillotson@bakerlaw.com
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
PH: 303-861-0600
Fax: 303-861-7805
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on September 2, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this action.

*/s/ Casie D. Collignon*